**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MOHAMMED AL-ADAHI**, <u>et</u> <u>al.</u>, | : |
| | : |
| **Petitioners**, | : |
| | : |
| **v.** | :     **Civil Action No. 05-280 (GK)** |
| | : |
| **BARACK H. OBAMA**, <u>et</u> <u>al.</u>, | : |
| | : |
| **Respondents.** | : |
| | : |

<u>**ORDER**</u>

For the reasons set forth in this Court's Classified Memorandum Opinion of February 24, 2010,[1] it is hereby

**ORDERED**, that Petitioner Suleiman Awadh Bin Agil Al-Nahdi's petition for a writ of habeas corpus is **denied.**

 

 

 

February 24, 2010             /s/
                               Gladys Kessler
                               United States District Judge

**Copies to**: Attorneys of Record via ECF

---

[1] The Classified Opinion is currently undergoing classification review. As soon as it is completed, the Unclassified Opinion will be made public.